# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

SABRINA L. MCKINNEY
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

September 11, 2020

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #3327429 for $16,396.70 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| EARNESTINE LOVE<br>13-30271-DHW | SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX, 75356-0284 | $25.80 |
| DEMARCO WILLIAMS<br>14-10369-WRS | SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX, 75356-0284 | $281.98 |
| LENARD O'NEAL<br>14-32831-WRS | 1 STOP CASH<br>5925A CARMICHAEL RD<br>MONTGOMERY, AL, 36117 | $80.77 |
| CAROLYN BISHOP HARRY<br>14-81461-BPC | CAROLYN BISHOP HARRY<br>51 HARRY CIRCLE<br>NEW SITE, AL, 36256 | $1.17 |
| PATRICIA A MANORA<br>15-30443-WRS | PATRICIA A MANORA<br>602 W PATTON AVE<br>MONTGOMERY, AL, 36105 | $5.46 |
| JOHNNIE MAE POWELL<br>15-30868-WRS | JOHNNIE MAE POWELL<br>3035 MOORCROFT DR APT. B<br>MONTGOMERY, AL, 36116 | $54.36 |
| MICHELLE ALLEN WYNN<br>15-30895-BPC | MICHELLE ALLEN WYNN<br>2757 ASHLEY AVE<br>MONTGOMERY, AL, 36109 | $1.18 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| DENISE MCCORVEY<br>15-10749-BPC | DITECH FINANCIAL LLC<br>P O BOX 0049<br>PALATINE, IL, 60055-0049 | $418.71 ✓ |
| BERNARD NORRIS<br>15-31195-WRS | RUSHMORE LOAN MANAGEMENT SERVICES LLC<br>P O BOX 52708<br>IRVINE, CA, 92619-2708 | $115.16 ✓ |
| MARY COOKS ACOSTA<br>15-31226-WRS | JACKSON HOSPITAL<br>C/O FREDERICK ENSLEN ATTY<br>7000 FAIN PARK CIRCLE<br>MONTGOMERY, AL, 36117 | $14.84 ✓ |
| MARY COOKS ACOSTA<br>15-31226-WRS | SIGNATURE FINANCE<br>17 COMMERCE ST<br>MONTGOMERY, AL, 36104 | $30.84 ✓ |
| MILDRED FAYE KIDD<br>JAMES LESTER BURGANS<br>15-31731-WRS | MILDRED FAYE KIDD<br>JAMES LESTER BURGANS<br>130 COUNTY RD 107<br>BRUNDIDGE, AL, 36010 | $4.42 ✓ |
| JEWELL MONIQUE CHAPPELL<br>15-31992-WRS | BAPTIST MEDICAL CENTER SHELBY<br>C/O NADLER & ASSOCIATES<br>P O BOX 52815<br>ATLANTA, GA, 30355 | $3.01 ✓ |
| JACKIE GREEN<br>15-11593-BPC | JACKIE GREEN<br>115 LAKEWOOD DR<br>EUFAULA, AL, 36027 | $28.00 ✓ |
| CHYKEL NICOLE THOMAS<br>15-11603-BPC | CHYKEL NICOLE THOMAS<br>106 EDGEFIELD RD APT 4<br>DOTHAN, AL, 36305 | $147.39 ✓ |
| JIMMY LEE WILLIAMS JR<br>DEBBIE ANN WILLIAMS<br>15-81114-BPC | ATLAS ACQUISITIONS LLC<br>294 UNION ST<br>HACKENSACK, NJ, 07601 | $0.01 ✓ |
| JIMMY LEE WILLIAMS JR<br>DEBBIE ANN WILLIAMS<br>15-81114-BPC | AMERINATIONAL<br>P O BOX 650402<br>DALLAS, TX, 75265 | $0.09 ✓ |
| FELECIA A STALLWORTH<br>15-11670-BPC | FELECIA A STALLWORTH<br>9156 BENNETT AVE UNIT B<br>FORT KNOX, KY, 40121 | $82.83 ✓ |
| MINNIE ALICE HUFFMAN<br>15-32464-WRS | MINNIE ALICE HUFFMAN<br>4229 SUSSEX DR<br>MONTGOMERY, AL, 36116 | $2.11 ✓ |
| TERRY R CROSS<br>15-81293-BPC | FAST TRAK INVESTMENT COMPANY LLC<br>570 PIERMONT RD STE 121<br>CLOSTER, NJ, 07624 | $0.70 ✓ |



| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| AHMAD HOWARD<br>15-32959-WRS | BARCLAYS BANK PLC<br>XEROX<br>P O BOX 22724<br>LONG BEACH, CA, 90801-5724 | $32.10 ✓ |
| MELISSA CARROLL<br>15-33027-WRS | MELISSA CARROLL<br>1249 LEE ROAD 330<br>SMITH STATION, AL, 36877 | $87.86 ✓ |
| JASON S SEXTON<br>TABITHA M SEXTON<br>15-33052-WRS | GREENS FURNITURE STORE<br>217 VINE ST<br>LORETTO, TN, 38469 | $2.13 ✓ |
| ROBERT L WATSON<br>APRIL ANNE WATSON<br>15-12381-BPC | NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA, 22119-3000 | $450.21 ✓ |
| KENNETH RAY NEAL<br>16-30801-WRS | MERIAL INC<br>C/O BARR CREDIT SERVICES<br>4555 S PALO VERDE STE 125<br>TUCSON, AZ, 85714 | $36.19 ✓ |
| GREGORY D PRICE<br>WHITNEY JACKSON<br>16-31097-WRS | JACKSON HOSPITAL<br>C/O FREDERICK ENSLEN ATTY<br>7000 FAIN PARK CIRCLE<br>MONTGOMERY, AL, 36117 | $14.37 ✓ |
| APRIL STEMBRIDGE<br>16-10967-BPC | APRIL STEMBRIDGE<br>3319 N JACKSON<br>CASTLEBERRY, AL, 36432 | $36.17 ✓ |
| SHAMEKA L LOWE<br>16-31532-WRS | SHAMEKA L LOWE<br>3510 ELAMVILLE ST APT B<br>CLIO, AL, 36017 | $134.98 ✓ |
| PAULINE HICKS WARE<br>16-80951-BPC | PAULINE HICKS WARE<br>405 S 3RD ST<br>OPELIKA, AL, 36801 | $1.85 ✓ |
| DARRELL D BALLARD<br>16-30533-WRS | DARRELL D BALLARD<br>1526 ELIZABETH STREET<br>MCKENZIE, AL, 36456 | $432.00 ✓ |
| BILLIE JEAN HOLLOWAY<br>16-11615-BPC | BILLIE JEAN HOLLOWAY<br>587 CO RD 716<br>ENTERPRISE, AL, 36330 | $104.49 ✓ |
| SHULANDA PITTS<br>16-81175-BPC | SHULANDA PITTS<br>560 CHARLOTTE LANE<br>ALEXANDER CITY, AL, 35010 | $7.82 ✓ |
| LARRY PARTAIN<br>16-81522-BPC | APPLIED DATA FINANCE LLC<br>ATTN GENERAL COUNSEL<br>15373 INNOVATION DR STE 250<br>SAN DIEGO, CA, 92128 | $0.75 ✓ |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| JAMES E PATTERSON<br>16-12353-WRS | LOAN SOUTH FINANCE OF TROY<br>1114A US HWY 231 S<br>TROY, AL, 36081 | $7.96 ✓ |
| NEELEY FENNIE JR<br>17-30549-WRS | ONEMAIN FINANCIAL LLC<br>P O BOX 3251<br>EVANSVILLE, IN, 47731-3251 | $121.62 ✓ |
| SHUNTARIA D CARLISLE<br>17-10700-BPC | FIRST CHOICE FINANCE<br>408A EAST LEE STREET<br>ENTERPRISE, AL, 36331 | $25.03 ✓ |
| SHUNTARIA D CARLISLE<br>17-10700-BPC | SHUNTARIA D CARLISLE<br>101 EAST DOGWOOD DR<br>ENTERPRISE, AL, 36330 | $5.31 ✓ |
| MARK S YOUNG<br>17-31732-WRS | EMBRACE HOME LOANS, INC.<br>C/O ROUNDPOINT MORTGAGE SERVICING CORP.<br>5016 PKWY PLAZA BLVD, SUITE 200<br>CHARLOTTE, NC, 28217 | $9,735.00 ✓ |
| CHARLENE MARIA GRAYSON<br>17-11305-WRS | CHARLENE MARIA GRAYSON<br>420 MILL AVE<br>ENTERPRISE, AL, 36330 | $165.00 ✓ |
| LATOYA VENIECE THOMPSON<br>17-32051-BPC | LATOYA VENIECE THOMPSON<br>339 COLEMAN ST<br>FORT DEPOSIT, AL, 36032 | $1.41 ✓ |
| ARVIN DEWAYNE PRESLEY<br>TERESA PRESLEY<br>17-12296-WRS | ARVIN DEWAYNE PRESLEY<br>TERESA PRESLEY<br>8 SOUTH BAY ST<br>SAMSON, AL, 36477 | $3.99 ✓ |
| RACHEL A SILMON<br>17-81702-BPC | CHARTER FEDERAL<br>600 3RD AVENUE<br>WEST POINT, GA, 31833 | $5.61 ✓ |
| MICHELLE ANN BEACHAM<br>18-10050-WRS | MICHELLE ANN BEACHAM<br>3544 NAPIER FIELD RD<br>DOTHAN, AL, 36303 | $2.23 ✓ |
| JOHN HENRY FOSTER<br>18-30593-WRS | JOHN HENRY FOSTER<br>455 PERCY DR APT 1A<br>MONTGOMERY, AL, 36104 | $134.00 ✓ |
| JANAE' MARIECIA DOWDELL<br>19-80656-BPC | JANAE' MARIECIA DOWDELL<br>640 SPENCER AVE<br>AUBURN, AL, 36832 | $65.00 ✓ |
| RONNIE STALLWORTH<br>19-10799-BPC | RONNIE STALLWORTH<br>118 COMMONS DR<br>ENTERPRISE, AL, 36330 | $3,324.79 ✓ |



| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| LOGAN ALEXANDER<br>19-31412-BPC | LOGAN ALEXANDER<br>5021 PADDOCK CLUB COURT APT B<br>MONTGOMERY, AL, 36117 | $160.00 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Sabrina L. McKinney
Chapter 13 Standing Trustee
SLM/BH